■ HM Holdings, Inc., Respondent, v ICI American Holdings, Inc., et al., Appellants. [635 NYS2d 468] —Order, Supreme

Court, New York County (Herman Cahn, J.), entered April 27, 1995, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin, Asch and Nardelli, JJ.